**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6392**

───────────

DERRICK VINCENT REDD,

Plaintiff - Appellant,

versus

MILLARD SAILOR, Correctional Officer; ROBERTO
BRYAN, Correctional Officer,

Defendants - Appellees,

and

JANE DOE, Nurse, Alexandria Detention Center;
KATHLEEN ROBERTSON, R.N.,

Defendants.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Thomas Rawles Jones, Jr.,
Magistrate Judge. (CA-00-442-AM)

───────────

Submitted: May 30, 2002          Decided: June 6, 2002

───────────

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Derrick Vincent Redd, Appellant Pro Se. Jack L. Gould, Fairfax,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Redd appeals the magistrate judge's order granting summary judgment to prison officials and dismissing his civil rights complaint.[*] We have reviewed the record and the magistrate judge's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Redd v. Sailor, No. CA-00-442-AM (E.D. Va. filed Feb. 13, 2002; entered Feb. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] This case was decided by a magistrate judge exercising jurisdiction upon consent of the parties. 28 U.S.C. § 636(c) (1994).